IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ALPINE TRANSPORTATION RISK RETENTION GROUP, INC.<br>     Plaintiff, | §<br>§<br>§<br>§ | |
| v. | § | Civil Action No. 7:23-CV-00028 |
| | § | |
| GLY TRANSPORT, LLC,<br>HECTOR VARGAS,<br>JAMES VILLAREAL,<br>JOSE RODRIGUEZ FRAGA<br>AND OLGA SWEET<br>     Defendants. | §<br>§<br>§<br>§<br>§<br>§ | |

**DEFAULT JUDGMENT AS TO DEFENDANT GLY TRANSPORT LLC**

The above-entitled cause of action was filed on January 27, 2023. Plaintiff Alpine Transportation Risk Retention Group, Inc. ("Alpine") seeks a declaratory judgment that it owes no duty to defend or indemnify Defendant GLY Transport, LLC ("GLY") under Commercial Automobile – Motor Carrier Coverage Form, Policy No. ALP001937 issued by Alpine and under which GLY qualified as an insured.

The summons and petition were properly served on Defendant GLY Transport, LLC. As of the day of this judgment, GLY has not filed an answer to the Complaint or made any other appearance before the Court, nor have they taken any action of any kind to assert its rights under the insurance policy issued by Plaintiff. The Clerk of the Court issued a default against GLY Transport LLC on August 14, 2023. The Court is of the opinion that default judgment should be rendered in favor Alpine Transportation Risk Retention Group, Inc., against GLY Transport, LLC.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that judgment is hereby rendered for all relief sought by Alpine Transportation Risk Retention Group, Inc.,

against GLY Transport, LLC, including a declaration authorized under Federal Rule of Civil Procedure 57 and 28 U.S.C. §§ 2201, 2202 that:

1. Plaintiff Alpine Transportation Risk Retention Group, Inc. has no duty under the policy issued by Alpine to defend GLY Transport, LLC; and

2. Plaintiff Alpine Transportation Risk Retention Group, Inc has no duty under the policy issued by Alpine to indemnify GLY Transport, LLC.

This judgment is a final judgment.

    SO ORDERED September 6, 2023, at McAllen, Texas.

*Randy Crane*
Randy Crane
United States District Judge

APPROVED AS TO FORM:

*/s/ David D. Disiere*
David D. Disiere